IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 640 LEO LANE, THORNTON, COLORADO;
2. REAL PROPERTY LOCATED AT 10452 DALE CIRCLE, WESTMINSTER, COLORADO;
3. $6,991.00 IN UNITED STATES CURRENCY;
4. 2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX259267
5. 2011 TOYOTA SIENNA, VIN: 5TDDK3DC5BS005910
6. 2012 TOYOTA HIGHLANDER, VIN: 5TDBK3EH7CS127963
7. REAL PROPERTY LOCATED AT 8911 W. COOPER AVENUE, LITTLETON, COLORADO
8. $29,063.00 IN UNITED STATES CURRENCY;
9. $1,100.00 IN UNITED STATES CURRENCY;
10. REAL PROPERTY LOCATED AT 1125 SPANGLER DRIVE, NORTHGLENN, COLORADO
11. $27,838.00 IN UNITED STATES CURRENCY;
12. REAL PROPERTY LOCATED AT 13759 STEELE COURT, THORNTON, COLORADO
13. $62,008.00 IN UNITED STATES CURRENCY;
14. REAL PROPERTY LOCATED AT 13865 MILWAUKEE STREET, THORNTON, COLORADO
15. REAL PROPERTY LOCATED AT 11139 W. TENNESSEE COURT, LAKEWOOD, COLORADO
16. REAL PROPERTY LOCATED AT 12911 CLARKSON CIRCLE, THORNTON, COLORADO
17. $6,880.00 IN UNITED STATES CURRENCY;
18. $2,620.00 IN UNITED STATES CURRENCY;
19. $1,269.00 IN UNITED STATES CURRENCY;
20. $9,092.00 IN UNITED STATES CURRENCY,
21. REAL PROPERTY LOCATED AT 4056 E. 130TH WAY, THORNTON, COLORADO
22. $22,076.00 IN UNITED STATES CURRENCY;
23. REAL PROPERTY LOCATED AT 12352 W. IOWA DRIVE, LAKEWOOD, COLORADO
24. REAL PROPERTY LOCATED AT 5786 W. 2ND AVENUE, LAKEWOOD,

1

COLORADO
25. REAL PROPERTY LOCATED AT 1913 S. MICHIGAN PLACE, DENVER, COLORADO
26. $93,050.00 IN UNITED STATES CURRENCY;
27. REAL PROPERTY LOCATED AT 7866 VALLEJO STREET, DENVER, COLORADO
28. REAL PROPERTY LOCATED AT 13103 BELLAIRE DRIVE, THORNTON, COLORADO
29. $9,290.00 IN UNITED STATES CURRENCY;
30. $2,000.00 IN UNITED STATES CURRENCY;
31. REAL PROPERTY LOCATED AT 2360 W. 74TH AVENUE, DENVER, COLORADO
32. $4,523.00 IN UNITED STATES CURRENCY;
33. REAL PROPERTY LOCATED AT 12895 CLARKSON CIRCLE, THORNTON, COLORADO
34. $51,510.00 IN UNITED STATES CURRENCY;
35. REAL PROPERTY LOCATED AT 14575 HIGH STREET, THORNTON, COLORADO
36. REAL PROPERTY LOCATED AT 5227 GENTLE WIND ROAD, COLORADO SPRINGS, COLORADO
37. $69,490.00 IN UNITED STATES CURRENCY;
38. REAL PROPERTY LOCATED AT 7914 KETTLE DRUM STREET, COLORADO SPRINGS, COLORADO;
39. $3,972.00 IN UNITED STATES CURRENCY;
40. REAL PROPERTY LOCATED AT 18670 E. IDA AVENUE, AURORA, COLORADO;
41. $53,042.00 IN UNITED STATES CURRENCY;
42. REAL PROPERTY LOCATED AT 890 E. 129TH AVENUE, THORNTON, COLORADO;
43. $24,119.00 IN UNITED STATES CURRENCY;
44. REAL PROPERTY LOCATED AT 783 MILKY WAY, THORNTON, COLORADO
45. $3,340.00 IN UNITED STATES CURRENCY;
46. $5,810.00 IN UNITED STATES CURRENCY;
47. $14,254.00 IN UNITED STATES CURRENCY;
48. $5,634.00 IN UNITED STATES CURRENCY;
49. $6,134.00 IN UNITED STATES CURRENCY;
50. $28,443.00 IN UNITED STATES CURRENCY;
51. $8,000.00 IN UNITED STATES CURRENCY;
52. $18,440.00 IN UNITED STATES CURRENCY;
53. $53,849.00 IN UNITED STATES CURRENCY;
54. $16,200.00 IN UNITED STATES CURRENCY;
55. $3,160.00 IN UNITED STATES CURRENCY;
56. $31,188.00 IN UNITED STATES CURRENCY;
57. $2,490.00 IN UNITED STATES CURRENCY;

58.   $4,265.00 IN UNITED STATES CURRENCY;
59.   $2,000.00 IN UNITED STATES CURRENCY;
60.   $18,950.00 IN UNITED STATES CURRENCY;
61.   $4,613.00 IN UNITED STATES CURRENCY;
62.   $2,500.00 IN UNITED STATES CURRENCY;
63.    2018 TOYOTA 4RUNNER, VIN: JTEBU5JR8J5519773;
64.   2012 HONDA PILOT, VIN: 5FNYF4H99CB040658;
65.   2016 BMW X5 SUV, VIN: 5YMKT6C59G0R77777;
66.   2001 MERCEDES-BENZ, VIN: WDBFA68F51F200369;
67.   2002 PORSCHE 911, VIN: WP0AB29902S686480;
68.   2014 SUBARU LEGACY, VIN: 4S4BRDLC1E2307535;
69.   2012 TOYOTA RAV4, VIN: 2T3BK4DV6CW089914;
70.   2015 TOYOTA SIENNA, VIN: 5TDJK3DCXFS126621;
71.   2014 TOYOTA FJ CRUISER, VIN: JTEBU4BFXEK190094;
72.   2015 SCION TC, VIN: JTKJF5C72FJ003406;

       Defendants.

_____

## ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

_____

THIS MATTER comes before the Court on the United States' *Amended Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

a.   640 Leo Lane, Thornton, Colorado
b.   10452 Dale Circle, Westminster, Colorado
c.   $6,991.00 in United States Currency
d.   2012 Toyota Tundra, VIN: 5TFDY5F12CX259267
e.   2011 Toyota Sienna, VIN: 5TDDK3DC5BS005910
f.   2012 Toyota Highlander, VIN: 5TDBK3EH7CS127963
g.   8911 W. Cooper Avenue, Littleton, Colorado
h.   $29,063.00 in United States Currency
i.   $1,100.00 in United States Currency
j.   1125 Spangler Drive, Northglenn, Colorado
k.   $27,838.00 in United States Currency
l.   13759 Steele Court, Thornton, Colorado

m.    $62,008.00 in United States Currency
n.    13865 Milwaukee Street, Thornton, Colorado
o.    11139 W. Tennessee Court, Lakewood, Colorado
p.    12911 Clarkson Circle, Thornton, Colorado
q.    $6,880.00 in United States Currency
r.    $2,620.00 in United States Currency
s.    $1,269.00 in United States Currency
t.    $9,092.00 in United States Currency
u.    4056 E. 130th Way, Thornton, Colorado
v.    $22,076.00 in United States Currency
w.    12352 W. Iowa Drive, Lakewood, Colorado
x.    5786 W. 2nd Avenue, Lakewood, Colorado
y.    1913 S. Michigan Place, Denver, Colorado
z.    $93,050.00 in United States Currency
aa.    7866 Vallejo Street, Denver, Colorado
bb.    13103 Bellaire Drive, Thornton, Colorado
cc.    $9,290.00 in United States Currency
dd.    $2,000.00 in United States Currency
ee.    2360 W. 74th Avenue, Denver, Colorado
ff.    $4,523.00 in United States Currency
gg.    12895 Clarkson Circle, Thornton, Colorado
hh.    $51,510.00 in United States Currency
ii.    14575 High Street, Thornton, Colorado
jj.    5227 Gentle Wind Road, Colorado Springs, Colorado
kk.    $69,490.00 in United States Currency
ll.    7914 Kettle Drum Street, Colorado Springs, Colorado
mm.    $3,972.00 in United States Currency
nn.    18670 E. Ida Avenue, Aurora, Colorado
oo.    $53,042.00 in United States Currency
pp.    890 E. 129th Avenue, Thornton, Colorado
qq.    $24,119.00 in United States Currency
rr.    783 Milky Way, Thornton, Colorado
ss.    $3,340.00 in United States Currency
tt.    $5,810.00 in United States Currency
uu.    $14,254.00 in United States Currency
vv.    $5,634.00 in United States Currency
ww.    $6,134.00 in United States Currency
xx.    $28,443.00 in United States Currency
yy.    $8,000.00 in United States Currency
zz.    $18,440.00 in United States Currency
aaa.    $53,849.00 in United States Currency
bbb.    $16,200.00 in United States Currency
ccc.    $3,160.00 in United States Currency
ddd.    $31,188.00 in United States Currency

eee.    $2,490.00 in United States Currency
fff.    $4,265.00 in United States Currency
ggg.    $2,000.00 in United States Currency
hhh.    $18,950.00 in United States Currency
iii.    $4,613.00 in United States Currency
jjj.    $2,500.00 in United States Currency
kkk.    2018 Toyota 4Runner, VIN: JTEBU5JR8J5519773
lll.    2012 Honda Pilot, VIN: 5FNYF4H99CB040658
mmm.  2016 BMW X5 SUV, VIN: 5YMKT6C59G0R77777
nnn.    2001 Mercedes-Benz, VIN: WDBFA68F51F200369
ooo.    2002 Porsche 911, VIN: WP0AB29902S686480
ppp.    2014 Subaru Legacy, VIN: 4S4BRDLC1E2307535
qqq.    2012 Toyota Rav4, VIN: 2T3BK4DV6CW089914
rrr.    2015 Toyota Sienna, VIN: 5TDJK3DCXFS126621
sss.    2014 Toyota FJ Cruiser, VIN: JTEBU4BFXEK190094
ttt.    2015 Scion TC, VIN: JTKJF5C72FJ003406

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court        Tonya S. Andrews
901 19th Street                                  Assistant United States Attorney
Denver, Colorado 80294                           United States Attorney's Office
                                                 1801 California St., Suite 1600

Denver, Colorado 80202

SO ORDERED this _____ day of _____, 2018.

BY THE COURT:


_____
United States District Court
Judge/Magistrate Judge