## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-02734-CMA-NRN

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

**65.　2016 BMW X5 SUV, VIN: 5YMKT6C59GOR77777**;

　　　Defendant.

_____

## VERIFIED CLAIM OF KELLY CHUONG

_____

　　　Claimant Kelly Chuong, pursuant to Supplemental Rule G(5), set forth as follows:

　　　1.　　Claimant has an interest in the following defendant property ("defendant Property"):

　　　　　2016　X5 SUV, VIN: 5YMKT6C59GOR77777

　　　2.　　 Claimant's interest is that she holds title to defendant Property and that Property is not subject to any security interest or any lien.

I Kelly Chuong, swear/affirm under oath that I have read the foregoing Verified Claim and believe that the statements contained herein are true to the best of my knowledge and belief.

*s/ Kelly Chuong*
Kelly Chuong


Respectfully submitted this 27th day of August, 2021.

*s/ Kristen M. Frost*
**Kristen M. Frost**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone:  (303) 629-9700
Facsimile:   (303) 629-9702
E-mail:   frost@ridleylawy.com
**Attorney for Defendant Kelly Chuong**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **VERIFIED CLAIM OF KELLY CHUONG** was electronically filed with the Clerk of the Court using the CM/ECF system on this 27th day of August, 2021, which will send notification of such filing to counsel of record.

Tonya Andrews
Assistant U.S. Attorney
Asset Recovery Division, Chief
U.S. Attorney's Office, District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Tonya.Andrews@usdoj.gov
*Attorney for Government*

*s/ Kristin McKinley*
Kristin McKinley