IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02734-CMA-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 640 LEO LANE, THORNTON, COLORADO;
2. REAL PROPERTY LOCATED AT 10452 DALE CIRCLE, WESTMINSTER, COLORADO;
3. $6,991.00 IN UNITED STATES CURRENCY;
4. 2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX259267;
5. 2011 TOYOTA SIENNA, VIN: 5TDDK3DC5BS005910;
6. 2012 TOYOTA HIGHLANDER, VIN: 5TDBK3EH7CS127963;
7. REAL PROPERTY LOCATED AT 8911 W. COOPER AVENUE, LITTLETON, COLORADO;
8. $29,063.00 IN UNITED STATES CURRENCY;
9. $1,100.00 IN UNITED STATES CURRENCY;
10. REAL PROPERTY LOCATED AT 1125 SPANGLER DRIVE, NORTHGLENN, COLORADO;
11. $27,838.00 IN UNITED STATES CURRENCY;
12. REAL PROPERTY LOCATED AT 13759 STEELE COURT, THORNTON, COLORADO;
13. $62,008.00 IN UNITED STATES CURRENCY;
14. REAL PROPERTY LOCATED AT 13865 MILWAUKEE STREET, THORNTON, COLORADO;
15. REAL PROPERTY LOCATED AT 11139 W. TENNESSEE COURT, LAKEWOOD, COLORADO;
16. REAL PROPERTY LOCATED AT 12911 CLARKSON CIRCLE, THORNTON, COLORADO;
17. $6,880.00 IN UNITED STATES CURRENCY;
18. $2,620.00 IN UNITED STATES CURRENCY;
19. $1,269.00 IN UNITED STATES CURRENCY;
20. $9,092.00 IN UNITED STATES CURRENCY,
21. REAL PROPERTY LOCATED AT 4056 E. 130TH WAY, THORNTON, COLORADO;
22. $22,076.00 IN UNITED STATES CURRENCY;
23. REAL PROPERTY LOCATED AT 12352 W. IOWA DRIVE, LAKEWOOD, COLORADO;
24. REAL PROPERTY LOCATED AT 5786 W. 2ND AVENUE, LAKEWOOD, COLORADO;
25. REAL PROPERTY LOCATED AT 1913 S. MICHIGAN PLACE, DENVER,

COLORADO;

26. $93,050.00 IN UNITED STATES CURRENCY;
27. REAL PROPERTY LOCATED AT 7866 VALLEJO STREET, DENVER, COLORADO;
28. REAL PROPERTY LOCATED AT 13103 BELLAIRE DRIVE, THORNTON, COLORADO;
29. $9,290.00 IN UNITED STATES CURRENCY;
30. $2,000.00 IN UNITED STATES CURRENCY;
31. REAL PROPERTY LOCATED AT 2360 W. 74TH AVENUE, DENVER, COLORADO;
32. $4,523.00 IN UNITED STATES CURRENCY;
33. REAL PROPERTY LOCATED AT 12895 CLARKSON CIRCLE, THORNTON, COLORADO;
34. $51,510.00 IN UNITED STATES CURRENCY;
35. REAL PROPERTY LOCATED AT 14575 HIGH STREET, THORNTON, COLORADO;
36. REAL PROPERTY LOCATED AT 5227 GENTLE WIND ROAD, COLORADO SPRINGS, COLORADO;
37. $69,490.00 IN UNITED STATES CURRENCY;
38. REAL PROPERTY LOCATED AT 7914 KETTLE DRUM STREET, COLORADO SPRINGS, COLORADO;
39. $3,972.00 IN UNITED STATES CURRENCY;
40. REAL PROPERTY LOCATED AT 18670 E. IDA AVENUE, AURORA, COLORADO;
41. $53,042.00 IN UNITED STATES CURRENCY;
42. REAL PROPERTY LOCATED AT 890 E. 129TH AVENUE, THORNTON, COLORADO;
43. $24,119.00 IN UNITED STATES CURRENCY;
44. REAL PROPERTY LOCATED AT 783 MILKY WAY, THORNTON, COLORADO
45. $3,340.00 IN UNITED STATES CURRENCY;
46. $5,810.00 IN UNITED STATES CURRENCY;
47. $14,254.00 IN UNITED STATES CURRENCY;
48. $5,634.00 IN UNITED STATES CURRENCY;
49. $6,134.00 IN UNITED STATES CURRENCY;
50. $28,443.00 IN UNITED STATES CURRENCY;
51. $8,000.00 IN UNITED STATES CURRENCY;
52. $18,440.00 IN UNITED STATES CURRENCY;
53. $53,849.00 IN UNITED STATES CURRENCY;
54. $16,200.00 IN UNITED STATES CURRENCY;
55. $3,160.00 IN UNITED STATES CURRENCY;
56. $31,188.00 IN UNITED STATES CURRENCY;
57. $2,490.00 IN UNITED STATES CURRENCY;
58. $4,265.00 IN UNITED STATES CURRENCY;
59. $2,000.00 IN UNITED STATES CURRENCY;
60. $18,950.00 IN UNITED STATES CURRENCY;
61. $4,613.00 IN UNITED STATES CURRENCY;

62.    $2,500.00 IN UNITED STATES CURRENCY;
63.     2018 TOYOTA 4RUNNER, VIN: JTEBU5JR8J5519773;
64.    2012 HONDA PILOT, VIN: 5FNYF4H99CB040658;
65.    2016 BMW X5 SUV, VIN: 5YMKT6C59G0R77777;
66.    2001 MERCEDES-BENZ, VIN: WDBFA68F51F200369;
67.    2002 PORSCHE 911, VIN: WP0AB29902S686480;
68.    2014 SUBARU LEGACY, VIN: 4S4BRDLC1E2307535;
69.    2012 TOYOTA RAV4, VIN: 2T3BK4DV6CW089914;
70.    2015 TOYOTA SIENNA, VIN: 5TDJK3DCXFS126621;
71.    **2014 TOYOTA FJ CRUISER, VIN: JTEBU4BFXEK190094**;
72.    2015 SCION TC, VIN: JTKJF5C72FJ003406;

Defendants.

_____

## FINAL ORDER OF FORFEITURE FOR A CERTAIN DEFENDANT ASSET
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for a Final Order for Forfeiture for a Certain Defendant Asset (Doc. # 207).  The Court having reviewed said Motion FINDS that:

- The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881.  (Doc. 3);

- The facts and verifications as set forth in the *Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to $7,212.86 in U.S. currency, in lieu of defendant 2014 Toyota FJ Cruiser, VIN: JTEBU4BFXEK190094 (defendant #71);

- All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Docs. 55 and 91);

3

- The United States has reached a settlement agreement resolving all issues in dispute as to defendant 2014 Toyota FJ Cruiser (defendant #71);

- The settlements provides that Hung Chen agreed to remit $7,212.86 in U.S. currency, in lieu of defendant 2014 Toyota FJ Cruiser (defendant #71), and the United States agreed to return to Hung Chen defendant 2014 Toyota FJ Cruiser (defendant #71);

- No other claims have been filed as to defendant 2014 Toyota FJ Cruiser (defendant #71).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED that the United States' Unopposed Motion for a Final Order for Forfeiture for a Certain Defendant Assets (Doc. # 207) is GRANTED:

- THAT forfeiture, including all right, title and interest is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, of $7,212.86 in U.S. currency, in lieu of defendant 2014 Toyota FJ Cruiser (defendant #71);

- THAT the United States shall have full and legal title as to the $7,212.86 in U.S. currency, and may dispose of said asset in accordance with law and in accordance with the parties' settlement agreement;

- THAT the Clerk of Court is directed to enter Judgment of the forfeited property, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

- THAT this Final Order of Forfeiture shall serve as a Certificate of

Reasonable Cause as to the certain defendant assets pursuant to 28 U.S.C. § 2465.

DATED:  April 15, 2022


BY THE COURT:


_____
CHRISTINE M. ARGUELLO
United States District Judge