IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02734-CMA-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 640 LEO LANE, THORNTON, COLORADO;
2. REAL PROPERTY LOCATED AT 10452 DALE CIRCLE, WESTMINSTER, COLORADO;
3. $6,991.00 IN UNITED STATES CURRENCY;
4. 2012 TOYOTA TUNDRA, VIN: 5TFDY5F12CX259267;
5. 2011 TOYOTA SIENNA, VIN: 5TDDK3DC5BS005910;
6. 2012 TOYOTA HIGHLANDER, VIN: 5TDBK3EH7CS127963;
7. REAL PROPERTY LOCATED AT 8911 W. COOPER AVENUE, LITTLETON, COLORADO;
8. $29,063.00 IN UNITED STATES CURRENCY;
9. $1,100.00 IN UNITED STATES CURRENCY;
10. REAL PROPERTY LOCATED AT 1125 SPANGLER DRIVE, NORTHGLENN, COLORADO;
11. $27,838.00 IN UNITED STATES CURRENCY;
12. **REAL PROPERTY LOCATED AT 13759 STEELE COURT, THORNTON, COLORADO;**
13. **$62,008.00 IN UNITED STATES CURRENCY;**
14. REAL PROPERTY LOCATED AT 13865 MILWAUKEE STREET, THORNTON, COLORADO;
15. REAL PROPERTY LOCATED AT 11139 W. TENNESSEE COURT, LAKEWOOD, COLORADO;
16. REAL PROPERTY LOCATED AT 12911 CLARKSON CIRCLE, THORNTON, COLORADO;
17. $6,880.00 IN UNITED STATES CURRENCY;
18. $2,620.00 IN UNITED STATES CURRENCY;
19. $1,269.00 IN UNITED STATES CURRENCY;
20. $9,092.00 IN UNITED STATES CURRENCY,
21. REAL PROPERTY LOCATED AT 4056 E. 130TH WAY, THORNTON, COLORADO;
22. $53,042.00 IN UNITED STATES CURRENCY;
23. REAL PROPERTY LOCATED AT 12352 W. IOWA DRIVE, LAKEWOOD, COLORADO;
24. REAL PROPERTY LOCATED AT 5786 W. 2ND AVENUE, LAKEWOOD, COLORADO;
25. REAL PROPERTY LOCATED AT 1913 S. MICHIGAN PLACE, DENVER,

26. $93,050.00 IN UNITED STATES CURRENCY;
27. REAL PROPERTY LOCATED AT 7866 VALLEJO STREET, DENVER, COLORADO;
28. REAL PROPERTY LOCATED AT 13103 BELLAIRE DRIVE, THORNTON, COLORADO;
29. $9,290.00 IN UNITED STATES CURRENCY;
30. $2,000.00 IN UNITED STATES CURRENCY;
31. REAL PROPERTY LOCATED AT 2360 W. 74TH AVENUE, DENVER, COLORADO;
32. $4,523.00 IN UNITED STATES CURRENCY;
33. REAL PROPERTY LOCATED AT 12895 CLARKSON CIRCLE, THORNTON, COLORADO;
34. $51,510.00 IN UNITED STATES CURRENCY;
35. REAL PROPERTY LOCATED AT 14575 HIGH STREET, THORNTON, COLORADO;
36. REAL PROPERTY LOCATED AT 5227 GENTLE WIND ROAD, COLORADO SPRINGS, COLORADO;
37. $69,490.00 IN UNITED STATES CURRENCY;
38. REAL PROPERTY LOCATED AT 7914 KETTLE DRUM STREET, COLORADO SPRINGS, COLORADO;
39. $3,972.00 IN UNITED STATES CURRENCY;
40. REAL PROPERTY LOCATED AT 18670 E. IDA AVENUE, AURORA, COLORADO;
41. $53,042.00 IN UNITED STATES CURRENCY;
42. REAL PROPERTY LOCATED AT 890 E. 129TH AVENUE, THORNTON, COLORADO;
43. $24,119.00 IN UNITED STATES CURRENCY;
44. REAL PROPERTY LOCATED AT 783 MILKY WAY, THORNTON, COLORADO
45. $3,340.00 IN UNITED STATES CURRENCY;
46. $5,810.00 IN UNITED STATES CURRENCY;
47. $14,254.00 IN UNITED STATES CURRENCY;
48. $5,634.00 IN UNITED STATES CURRENCY;
49. $6,134.00 IN UNITED STATES CURRENCY;
50. $28,443.00 IN UNITED STATES CURRENCY;
51. $8,000.00 IN UNITED STATES CURRENCY;
52. $18,440.00 IN UNITED STATES CURRENCY;
53. $53,849.00 IN UNITED STATES CURRENCY;
54. $16,200.00 IN UNITED STATES CURRENCY;
55. $3,160.00 IN UNITED STATES CURRENCY;
56. $31,188.00 IN UNITED STATES CURRENCY;
57. $2,490.00 IN UNITED STATES CURRENCY;
58. $4,265.00 IN UNITED STATES CURRENCY;
59. $2,000.00 IN UNITED STATES CURRENCY;
60. $18,950.00 IN UNITED STATES CURRENCY;
61. $4,613.00 IN UNITED STATES CURRENCY;

62. $2,500.00 IN UNITED STATES CURRENCY;
63. 2018 TOYOTA 4RUNNER, VIN: JTEBU5JR8J5519773;
64. 2012 HONDA PILOT, VIN: 5FNYF4H99CB040658;
65. 2016 BMW X5 SUV, VIN: 5YMKT6C59G0R77777;
66. 2001 MERCEDES-BENZ, VIN: WDBFA68F51F200369;
67. 2002 PORSCHE 911, VIN: WP0AB29902S686480;
68. 2014 SUBARU LEGACY, VIN: 4S4BRDLC1E2307535;
69. 2012 TOYOTA RAV4, VIN: 2T3BK4DV6CW089914;
70. 2015 TOYOTA SIENNA, VIN: 5TDJK3DCXFS126621;
71. 2014 TOYOTA FJ CRUISER, VIN: JTEBU4BFXEK190094;
72. 2015 SCION TC, VIN: JTKJF5C72FJ003406;

Defendants.
_____

**UNITED STATES' UNOPPOSED MOTION FOR A FINAL ORDER OF FORFEITURE FOR CERTAIN DEFENDANT ASSETS**
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed. R. Civ. P. 54(b), and 21 U.S.C. § 881, moves for a Final Order of Forfeiture as to $175,000.00 in United States currency, in lieu of defendant 13759 Steele Court, Thornton, Colorado (defendant #12), and defendant $62,008.00 in U.S. currency (defendant #13).

In support of this Motion, the United States sets forth the following:

1.      On October 25, 2018, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G")[1], the United States filed a *Verified Complaint for Forfeiture In Rem* ("Verified Complaint") seeking forfeiture of the above captioned defendant assets, including defendant 13759 Steele Court, Thornton, Colorado (defendant #12), and defendant

---

[1] The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions are included in the Federal Civil Judicial Procedures and Rules immediately following the numbered Federal Rules of Civil Procedure. In the 2021 Edition, Rule G begins on page 283.

$62,008.00 in U.S. currency (defendant #13). All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence sufficient probable cause for a judgment of forfeiture of defendant 13759 Steele Court, Thornton, Colorado (defendant #12), and defendant $62,008.00 in U.S. currency (defendant #13). (Doc. 3).

2. On June 23, 2021, pursuant to Rule G(4)(b), the United States sent the *Notice of Complaint for Forfeiture* to all known interested parties. The deadline for any interested party who received the *Notice of Complaint for Forfeiture* to file a claim in this action asserting an interest in the defendant assets was July 28, 2021. (Doc. 55).

3. Pursuant to Rule G(4)(a), notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on June 22, 2021, as evidenced by the United States' *Notice of Publication* filed July 27, 2021. (Doc. 91). Pursuant to Rule G(5)(a)(ii)(B), the deadline for any interested party who received notice of this action through the website to file a claim in this action asserting an interest in the defendant assets was August 21, 2021.

4. On July 27, 2021, claimant Guan Jiao Feng filed a claim asserting their interest in defendant 13759 Steele Court and defendant $62,008.00 in U.S. currency. (Doc. 82).

5. On October 10, 2022, the United States and claimant Guan Jiao Feng entered into a settlement agreement as to defendant 13759 Steele Court, and defendant $62,008.00 in U.S. currency.

6. Per the terms of the settlement agreement, claimant Guan Jiao Feng agreed to remit $175,000.00 in United States currency in lieu of defendant 13759 Steele Court, and to the forfeiture of defendant $62,008.00 in U.S. currency. Claimant Guan

Jiao Feng further agreed to the entry of a Final Order of Forfeiture, forfeiting all right, title and interest in $175,000.00 in United States currency in lieu of defendant 13759 Steele Court, and agrees to the forfeiture of defendant $62,008.00 in U.S. currency.

7. No other claims have been filed as to defendant 13759 Steele Court, and defendant $62,008.00 in U.S. currency, and the time for which to do so has expired.

8. The parties to the settlement agreements agreed that any attorney's fees, interest, costs, and other fees incurred by them will be their sole responsibility and obligation.

9. Pursuant to Fed. R. Civ. P. 54(b), a district court may "direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines there is no just reason for delay."

10. In determining whether a Rule 54(b) certification should be entered, the Court should determine (1) that the judgment is final and (2) that there is no just reason for delay of entry of its judgment. *New Mexico v. Trujillo*, 813 F.3d 1308, 1316 (10th Cir. 2016).

11. District court should consider "whether the claims under review are separable from the others remaining to be adjudicated and whether the nature of the claims already determined is such that no appellate court would have to decide the same issues more than once even if there were subsequent appeals." *Trujillo*, at 1316 (internal brackets omitted) (quoting *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 8 (1980)).

12. Defendant $175,000.00 in United States currency in lieu of defendant 13759 Steele Court, and defendant $62,008.00 in U.S. currency, identified above, are

sufficiently separable from the other assets and claims identified in the Complaint such that any claims for the pending defendant assets would be distinct and would not cause for an appellate Court to have to decide the same issues more than once in subsequent appeals.

13.     Upon entry of the Final Order of Forfeiture, all issues regarding defendant 13759 Steele Court, and defendant $62,008.00 in U.S. currency will be resolved.

14.     Upon entry of the Final Order of Forfeiture, the United States respectfully requests that the Clerk of Court be directed to enter final judgment in favor of the United States as to the $175,000.00 in United States currency, in lieu of defendant 13759 Steele Court and defendant $62,008.00 in U.S. currency.

15.     Pursuant to D.C.COLO.LCivR 7.1(a), the United States conferred with counsel for claimant Guan Jiao Feng, and they do not oppose the filing of this motion.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture in accordance with the terms and provisions of the settlement agreement discussed above.

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 and direct the Clerk of the Court to enter Final Judgment as to the above-mentioned assets for the reasons set forth above.

DATED this 27th day of October 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney

United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Tonya.Andrews@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

        s/ *Jason Haddock*
        FSA Paralegal
        U.S. Attorney's Office